UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DOCTOR BATTON, et al.,

        Plaintiffs,

v.                              Case No. 3:07-cv-1090-J-12JRK

MENTAL HEALTH,
et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael Haynes, an inmate of the Florida penal system who is proceeding *pro se*, initiated this action by filing a document, entitled "Jurisdiction and Venue" (Doc. #1) (hereinafter Complaint) on November 21, 2007. Plaintiff purports to file this action on behalf of Doctor Batton, an employee of the Florida Department of Corrections. The Complaint is not signed by Doctor Batton or Michael Haynes.

As an initial matter, this Court notes that Plaintiff Haynes is not authorized to file this Complaint on behalf of Doctor Batton. See Gonzales v. Wyatt, 157 F.3d 1016, 1021 (5th Cir. 1998) ("where [a] document is tendered and signed by a nonlawyer on behalf of another, then there comes into play the underlying principle itself, namely that in federal court a party can represent himself or be represented by an attorney, but cannot be

represented by a nonlawyer") (citing <u>Eagle Associates v. Bank of Montreal</u>, 926 F.2d 1305, 1308-09 (2nd Cir. 1991)).

Furthermore, on April 26, 1996, the President signed into law the Prison Litigation Reform Act (hereinafter PLRA) which amended 28 U.S.C. § 1915 by adding the following subsection:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

This Court takes judicial notice of filings previously brought by Plaintiff Haynes in this Court that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) 3:06-cv-407-J-32TEM; (2) 3:06-cv-737-J-33MMH; and, (3) 3:07-cv-254-J-32TEM. Other qualifying dismissals are:

> 3:07-cv-274-J-25TEM
> 3:07-cv-292-J-25MCR
> 3:07-cv-300-J-25HTS
> 3:07-cv-301-J-32TEM
> 3:07-cv-302-J-32MCR
> 3:07-cv-303-J-25TEM
> 3:07-cv-304-J-33HTS
> 3:07-cv-305-J-25MCR
> 3:07-cv-306-J-32MCR

Because Plaintiff Haynes has had three or more prior qualifying dismissals and is not under imminent danger of serious physical injury, this action will be dismissed without prejudice. Plaintiff Haynes may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $350.00 filing fee.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment accordingly.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 5TH day of ~~November~~ DECEMBER, 2007.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sa 11/27
c:
Michael Haynes

- 3 -